
FILED
JAN - 5 2015
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-86-BLG-SPW-03 |
| Plaintiff, | |
| vs. | ORDER |
| JASON MOSIER, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervised Release (Doc. 337), pursuant to 18 U.S.C. § 3564(c) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that Defendant, Jason Mosier, is released from supervised release.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 5th day of January, 2016.

SUSAN P. WATTERS
United States District Judge